**Order entered February 14, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-21-00662-CR
No. 05-21-00663-CR

**PHILLIP LYNN SCHWARTZKOPF, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause Nos. 001-86990-2020 & 001-86991-2020**

**ORDER**

Before the Court is appellant's February 10, 2022 second motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due by March 14, 2022.

/s/    ERIN A. NOWELL
        JUSTICE